ACCEPTED
15-24-00118-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/7/2025 8:13 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00118-CV

COURT OF APPEALS FOR THE
FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/7/2025 8:13:51 AM
CHRISTOPHER A. PRINE
Clerk

ASPIRE POWER VENTURES, LP,
*Appellant,*
v.
PUBLIC UTILITY COMMISSION OF TEXAS, ELECTRIC RELIABILITY COUNCIL
OF TEXAS, THOMAS GLEESON, LORI COBOS, JIMMY GLOTFELTY,
KATHLEEN JACKSON, AND COURTNEY HJALTMAN,
*Appellees.*

On Appeal from the 345th Judicial District of Texas
Travis County, Texas
Cause No. D-1-GN-24-003384
*Hon. Catherine A. Mauzy, Presiding*

JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES'
BRIEFS ON THE MERITS

TO THE HONORABLE COURT:

Appellees Public Utility Commission of Texas, Thomas Gleeson, Lori Cobos, Jimmy Glotfelty, Kathleen Jackson and Courtney Hjaltman (the "PUCT Appellees"), and Appellee Electric Reliability Council of Texas, Inc. ("ERCOT") (together, "Appellees") hereby jointly file this

1

Unopposed Motion for Extension of Time to file their Briefs on the Merits. In support of this Motion, Appellees respectfully show the following:

1.      Appellees' respective Briefs on the Merits are currently due January 17, 2025.

2.      Appellees jointly request an extension of time of thirty days, to **February 17, 2025**. This is the PUCT Appellees' and ERCOT's first request for an extension of time for the filing of their Briefs on the Merits.

3.      This Court previously granted Appellant Aspire Power Ventures, LP's ("Aspire") requested 10-day extension to file its Brief on the Merits. Aspire, accordingly, filed its Brief on the Merits on December 18, 2024.

4.      In addition to the intervening Christmas and New Years' holidays, Appellees rely on the following facts as a reasonable explanation for the request extension of time: For ERCOT's part, when undersigned counsel received Aspire's Brief on the Merits, undersigned counsel was in a jury trial in the Southern District of New York (Cause No. 1:19-cv-01578), and has five summary judgment responses, an affirmative summary judgment deadline, two summary judgment hearings, and an all-day mediation on or before January 17. Counsel for

the PUCT Appellees also has several filing deadlines in January, including a brief on the merits due in *City of College Station v. PUCT*, No. D-1-GN24-005680, Travis County District Court, and is preparing for a February 4 oral argument before the Fifth Circuit (No. 16-60670).

5. The undersigned have conferred with opposing counsel, who has indicated they do not oppose this request.

## CONCLUSION AND PRAYER

For the reasons set forth above, the PUCT Appellees and ERCOT pray that the Court grant this Joint Motion for Extension of Time, and allow Appellees until **February 17, 2025** to file their respective Briefs on the Merits.

Respectfully submitted,

/s/ John R. Hulme
Ken Paxon
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

James Lloyd
Deputy Attorney General for Civil
Litigation

Kellie E. Billings-Ray
Chief, Environmental Protection Division

John R. Hulme
Special Counsel
State Bar No. 10258400
John.Hulme@oag.texas.gov

Amanda Atkinson Cagle
Assistant Attorney General
State Bar No. 00783569
Amanda.Cagle@oag.texas.gov

Jordan Pratt
Assistant Attorney General
State Bar No. 24140277
Jordan.Pratt@oag.texas.gov

Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, TX 78711-2548
(512) 463-2021 (Ph.)
(512) 320-0911 (Fax)

ATTORNEYS FOR THE PUCT APPELLEES

/s/ Elliot Clark
Elliot Clark
State Bar No. 24012428
eclark@winstead.com
Elin Isenhower
State Bar No. 24104206
eisenhower@winstead.com
600 W. 5th Street, Suite 900
Austin, Texas 78701
Telephone: (512) 370-2800
Facsimile: (512) 370-2850

ATTORNEYS FOR APPELLEE ERCOT

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of this document has been served on all counsel of record in accordance with the Texas Rules of Civil Procedure on January 7, 2025.

*/s/ Elliot Clark*
Elliot Clark

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Elliot Clark
Bar No. 24012428
eclark@winstead.com
Envelope ID: 95918105
Filing Code Description: Motion
Filing Description: Appellees Joint Unopposed Mtn for Ext to file Brief
Status as of 1/7/2025 8:40 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Laurent | | david.laurent@oag.texas.gov | 1/7/2025 8:13:51 AM | SENT |

Associated Case Party: Aspire Power Ventures, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chrysta L.Castaneda | | chrysta@castaneda-firm.com | 1/7/2025 8:13:51 AM | SENT |
| Nicole Michael | | nicole@castaneda-firm.com | 1/7/2025 8:13:51 AM | SENT |
| Monica Latin | | mlatin@ccsb.com | 1/7/2025 8:13:51 AM | SENT |
| Brent M.Rubin | | brubin@ccsb.com | 1/7/2025 8:13:51 AM | SENT |
| Ken Carroll | | kcarroll@ccsb.com | 1/7/2025 8:13:51 AM | SENT |

Associated Case Party: Electric Reliability Council of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Elliot Clark | | eclark@winstead.com | 1/7/2025 8:13:51 AM | SENT |
| Elliot Clark | | eclark@winstead.com | 1/7/2025 8:13:51 AM | SENT |
| Elin Isenhower | | eisenhower@winstead.com | 1/7/2025 8:13:51 AM | SENT |
| Elin Isenhower | | eisenhower@winstead.com | 1/7/2025 8:13:51 AM | SENT |

Associated Case Party: Public Utility Commission of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Hulme | | John.Hulme@oag.texas.gov | 1/7/2025 8:13:51 AM | SENT |
| Amanda AtkinsonCagle | | Amanda.Cagle@oag.texas.gov | 1/7/2025 8:13:51 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Elliot Clark
Bar No. 24012428
eclark@winstead.com
Envelope ID: 95918105
Filing Code Description: Motion
Filing Description: Appellees Joint Unopposed Mtn for Ext to file Brief
Status as of 1/7/2025 8:40 AM CST

Associated Case Party: Public Utility Commission of Texas

| Amanda AtkinsonCagle | | Amanda.Cagle@oag.texas.gov | 1/7/2025 8:13:51 AM | SENT |
|---|---|---|---|---|
| Jordan Pratt | | Jordan.Pratt@oag.texas.gov | 1/7/2025 8:13:51 AM | SENT |